# CASE ANNOUNCEMENTS

*April 29, 2014*

[Cite as *04/29/2014 Case Announcements*, 2014-Ohio-1795.]

## MOTION AND PROCEDURAL RULINGS

**In re Karnofel.**
On February 10, 2010, this court found Delores M. Karnofel to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Karnofel was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On April 18, 2014, Karnofel submitted a motion for leave to proceed.

It is ordered by the court that the motion for leave is denied.

## MISCELLANEOUS DISMISSALS

**2013–0101. State ex rel. Allied Sys. Holdings, Inc. v. Donders.**
Franklin App. No. 11AP–960, 2012-Ohio-5855. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*April 29, 2014*

[Cite as *04/29/2014 Case Announcements #2*, 2014-Ohio-1815.]

## MOTION AND PROCEDURAL RULINGS

**2009–1292. State ex rel. Doner v. Zehringer.**
In Mandamus. This cause came on for further consideration upon the filing of respondents' cross-motion for leave to file supplemental evidence. It is ordered by the court that the motion is granted.

O'CONNOR, C.J., and FRENCH, J., dissent.

# CASE ANNOUNCEMENTS

*May 1, 2014*

[Cite as *05/01/2014 Case Announcements*, 2014-Ohio-1851.]

## MOTION AND PROCEDURAL RULINGS

**2009–1292. State ex rel. Doner v. Zehringer.**
In Mandamus. This cause came on for further consideration upon the filing of respondents' motion for leave to file supplement to evidence.